DANIEL J. BRODERICK, #89424
Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
DOUGLAS RAY RICHARDSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:06-cr-00007 OWW |
| Plaintiff, | **ORDER** |
| v. | |
| DOUGLAS RAY RICHARDSON, | |
| Defendant. | Judge: Hon. Oliver W. Wanger |

**PROPOSED ORDER**

**IT IS HEREBY ORDERED** that all money taken by police and/or federal agents from Mr. Richardson at the time of DOUGLAS RICHARDSON'S arrest in the above-captioned case be returned.

IT IS SO ORDERED.

**Dated:   November 1, 2006**             /s/ Oliver W. Wanger
emm0d6                                            UNITED STATES DISTRICT JUDGE