DANIEL J. BRODERICK, Bar #89424
Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
DOUGLASS RICHARDSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:06-cr-00007 OWW |
| Plaintiff, ) | **AMENDED ORDER** |
| v. ) | |
| DOUGLASS RICHARDSON, ) | Judge: Hon. Oliver W. Wanger |
| Defendant. ) | |

**AMENDED PROPOSED ORDER**

**IT IS HEREBY ORDERED** that all money, wallet and identification taken by police and/or federal agents at the time of DOUGLAS RICHARDSON'S arrest in the above-captioned case be released to Jason Chapel.

IT IS SO ORDERED.

**Dated:   April 5, 2007**             **/s/ Oliver W. Wanger**
emm0d6                                   UNITED STATES DISTRICT JUDGE